IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JIMMY DOUG SHELTON                                           PETITIONER

v.                                         No. 1:00CR127-P-D

UNITED STATES OF AMERICA                               RESPONDENT

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 is hereby **DENIED** with prejudice and without evidentiary hearing**.**

**SO ORDERED,** this the 16th day of August, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE